**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| J. W. Brantley,            ) | No. CV-04-2958-PHX-LOA |
| Plaintiff,      ) | **ORDER** |
| vs.                  ) |  |
| Kayenta Unified School District #27.,   ) William L. Allsbrooks, Administrator,   ) | |
| Defendants.     ) |  |

    This Court has received Plaintiff's Answers to Non-Uniform Interrogatories dated March 2, 2006. It appears that Plaintiff has provided this Court with two originals of this document. The docket does not reflect Plaintiff's Answers have been scanned nor docketed therefore the Court will not order striking Plaintiff's Answers from the docket..

    **IT IS ORDERED returning** these originals to Plaintiff and advising Plaintiff under Local Rule 5.2, LRCiv, Rules of Practice, effective December 1, 2005 for the United States District Court of the District of Arizona, provides the Court does not accept discovery papers for filing . Further, a "Notice of Service" of the disclosures and discovery requests and responses listed in Rule 5(d) of the Federal Rules of Civil Procedure must be filed within a reasonable time after service of such papers.

    **IT IS FURTHER ORDERED reminding** the parties of those orders contained within the Court's Order dated November 3, 2005 (Dkt. #54) wherein the parties were

1  directed to commence using the case number of CV-04-2958-PHX as this case has been
2  transferred to Phoenix for trial and all further matters.

3       **IT IS FURTHER ORDERED reminding** Plaintiff that counsel and any party, if
4  unrepresented, shall hereinafter comply with the Rules of Practice for the United States
5  District Court for the District of Arizona, as amended on December 1, 2005.  The District's
6  Rules of Practice may be found on the District Court's internet web page at
7  www.azd.uscourts.gov/.  All other rules may be found as www.uscourts.gov/rules/.  The fact
8  that a party is acting pro se does not discharge this party's duties to "abide by the rules of the
9  court in which he litigates."  Carter v. Commissioner of Internal Revenue, 784 F.2d 1006,
10 1008 (9th Cir. 1986).

11      Further, I hereby recuse myself from any further action in the above-captioned matter.

12      **IT IS ORDERED** this case be reassigned, by lot, to another Judge in the District of
13 Arizona.

14      **IT IS FURTHER ORDERED** that this matter has been reassigned by random lot to
15 Magistrate Judge Virginia A. Mathis.  All future pleadings and papers submitted for filing
16 shall bear the following complete case number:  **CV-04-2958-PHX-VAM**.

17      DATED this 9th day of March, 2006.

*(signature)*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -